UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFREY GRANDOLAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV01452AGF |
| ) | |
| HEALTHY ALLIANCE LIFE INSURANCE ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that this Court's Order of this date [Doc. #49] is **VACATED**.

**IT IS FURTHER ORDERED** that Defendants' request to stay proceedings is **GRANTED.** [Doc. #48]

**IT IS FURTHER ORDERED** that Defendants shall file a report with the Court on or before June 8, 2010, notifying the Court of the status of the bankruptcy proceedings.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of April, 2010.